Levit & Rovner Company, defendant in error, v. Morris Chalfin, plaintiff in error. Gen. No. 34,761.

Heard in the first division of this court for the first district at the December term, 1930. Opinion filed March 2, 1931. Rehearing denied March 16, 1931.

Maxwell N. Andalman, for plaintiff in error. Lederer, Livingston, Kahn & Adler, for defendant in error.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Philip Birnbaum, appellant, v. Hugo Gerschafske, appellee. Gen. No. 34,807.

Heard in the first division of this court for the first district at the December term, 1930. Opinion filed March 2, 1931.

Leo G. Hana, for appellant; Frank J. Jacobson, of counsel. Nichols, Jewett & Dahlin, for appellee; Eugene F. Jewett, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Pennsylvania Tank Line, appellee, v. Larkin F. Jordan et al., defendants. Joseph H. McCabe, appellant. Gen. No. 34,851.

Heard in the first division of this court for the first district at the June term, 1929. Opinion filed March 2, 1931. Rehearing denied March 16, 1931.

Frank H. Repetto, for appellant. Miller, Gorham & Wales, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Pennsylvania Tank Line, appellee, v. Larkin F. Jordan et al., defendants. Joseph H. McCabe, appellant. Gen. No. 34,852.

Heard in the first division of this court for the first district at the June term, 1929. Opinion filed March 2, 1931. Rehearing denied March 16, 1931.

Frank H. Repetto, for appellant. Miller, Gorham & Wales, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Pennsylvania Tank Line, appellee, v. Larkin F. Jordan et al., defendants. Joseph H. McCabe, appellant. Gen. No. 34,853.

Heard in the first division of this court for